UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Roger Lee Robinson<br><br>    Debtor(s) | Case No. 15 B 32184 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/22/2015.

2) The plan was confirmed on 12/03/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/20/2016, 01/11/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 12/14/2018.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $59,220.25.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,534.59 |
| Less amount refunded to debtor | $111.46 |

**NET RECEIPTS:** $10,423.13

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $451.36 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,451.36

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Affordable Furniture | Secured | 400.00 | 671.60 | 400.00 | 400.00 | 4.71 |
| Affordable Furniture | Unsecured | 0.00 | 271.60 | 271.60 | 27.72 | 0.00 |
| Aflac | Unsecured | 1,384.00 | NA | NA | 0.00 | 0.00 |
| Alarm Detection Systems | Unsecured | 2,240.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 268.00 | 268.53 | 268.53 | 27.41 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 15,733.00 | 15,733.54 | 15,733.54 | 1,606.08 | 0.00 |
| AT&T | Unsecured | 1,227.00 | NA | NA | 0.00 | 0.00 |
| Atlantic Credit & Finance Inc | Unsecured | 2,020.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 390.00 | 390.00 | 390.00 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 304.00 | 140.74 | 140.74 | 14.37 | 0.00 |
| Cash Call | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CashNet USA | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Chase Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Christopher Turnbull | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CitiFinancial Auto | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Citizens Bank | Unsecured | 2,197.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,700.00 | 2,125.00 | 2,125.00 | 216.92 | 0.00 |
| Comcast Cable | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 1,528.00 | 1,528.00 | 1,528.00 | 155.98 | 0.00 |
| Community Hospital | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 1,028.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consultants, Inc. | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| First Financial | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| GMAC Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,209.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Higher Education Guaranty C | Unsecured | 0.00 | 11,160.36 | 11,160.36 | 1,139.25 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Hertz | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Household Bank | Unsecured | 1,773.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 95.10 | 95.10 | 9.71 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 773.00 | 679.09 | 679.09 | 679.09 | 0.00 |
| Illinois Tollway | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| J.R.S.-I, Inc. | Unsecured | 1,333.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |
| Monumental Life Insurance | Unsecured | 1,740.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,200.00 | 107.63 | 107.63 | 10.99 | 0.00 |
| Northern Indiana Public Service Company | Unsecured | 1,900.00 | 1,520.74 | 1,520.74 | 155.24 | 0.00 |
| PLS Financial Services Inc | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Premier Bank | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| Public Storage, Inc. | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 2,702.00 | 2,702.00 | 275.82 | 0.00 |
| Renata Robinson | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| St. James Hospital | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Physician | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| The Payday Loan Store of IL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 12,011.00 | 12,230.38 | 12,230.38 | 1,248.48 | 0.00 |
| Wow Cable | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |
| WOW Harvey | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $400.00 | $400.00 | $4.71 |
| **TOTAL SECURED:** | **$400.00** | **$400.00** | **$4.71** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $679.09 | $679.09 | $0.00 |
| **TOTAL PRIORITY:** | **$679.09** | **$679.09** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$48,273.62** | **$4,887.97** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $4,451.36 |
| Disbursements to Creditors | $5,971.77 |
| **TOTAL DISBURSEMENTS** : | **$10,423.13** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/16/2019         By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.